IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TERI FLANAGAN, on behalf of herself and all others similarly situated, )<br>)<br>) Plaintiffs, )<br>)<br>v. )<br>)<br>ACCESS MIDSTREAM PARTNERS, L.P. (n/k/a WILLIAMS PARTNERS L.P.); CHESAPEAKE ENERGY CORPORATION; CHESAPEAKE OPERATING, L.L.C.; CHESAPEAKE ENERGY MARKETING, INC.; and CHESAPEAKE MIDSTREAM PARTNERS, LP, )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Defendants. ) | Case No. 17-CV-315-GKF-JFJ |

## JUDGMENT

Pursuant to the court's order on September 28, 2017 denying defendants' motions to dismiss but granting defendants' alternative motions to transfer [Doc. Nos. 57, 59], the court transfers this case to the Fort Worth Division of the United States District Court for the Northern District of Texas.

IT IS SO ORDERED this 28th day of September, 2017.

*[signature]*
GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT